Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-420-714

**Effective Date of Registration:**
August 20, 2024
**Registration Decision Date:**
November 05, 2024

## Title

| | |
|---|---|
| **Title of Work:** | Four Season - Winter Breeze |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | January 18, 2019 |
| **Nation of 1st Publication:** | Indonesia |

## Author

| | |
|---|---|
| • **Author:** | Endryko Karmadi |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Indonesia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Endryko Karmadi |
| | Jl. Gunung Sahari X no.12, Jakarta, 10720, Indonesia |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Endryko Karmadi |
| **Email:** | ndryko@gmail.com |
| **Address:** | Jl. Gunung Sahari X no.12 |
| | Jakarta 10720 Indonesia |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 20, 2024 |
| **Applicant's Tracking Number:** | EK2024082001 |

Page 1 of 2

