**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ENDRYKO KARMADI,

      Plaintiff,                              Case No.: 1:25-cv-07436

v.                                    Judge Charles P. Kocoras

THE PARTNERSHIPS AND UNINCORPORATED    Magistrate Judge Maria Valdez
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

### <u>NOTICE OF MOTION</u>

      **PLEASE TAKE NOTICE** that on Tuesday, August 19, 2025, at 9:50 a.m., Plaintiff, by Plaintiff's counsel, shall appear by remote means, before the Honorable Judge Charles P. Kocoras of the U.S. District Court for the Northern District of Illinois and present Plaintiff's Motion for Entry of Default and Default Judgment against the Defendants Identified in the First Amended Schedule A.

DATED: August 6, 2025                Respectfully submitted,

                                          */s/ Keith A. Vogt*
                                          Keith A. Vogt (Bar No. 6207971)
                                          Keith Vogt, Ltd.
                                          33 West Jackson Boulevard, #2W
                                          Chicago, Illinois, 60604
                                          Telephone: 312-971-6752
                                          E-mail: keith@vogtip.com

                                        ***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq.